SEALED

FILED
DISTRICT OF NEBRASKA
AT_____M

OCT 2 2 2003

Gary D. McFarland, Clerk
By_____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,            )
                                     )
              Plaintiff,             )     8:03MJ126
       v.                            )
                                     )     **ORDER**
RUBY TOM,                            )
JOHN ELMARO                          )
              Defendants.            )

This matter came before the Court on the 22nd day of October, 2003, on the Motion To

Dismiss filed by the United States. For good cause shown, the Court finds that the above-captioned

matter should be dismissed without prejudice.

**IT IS HEREBY ORDERED:** the Complaint filed in the above-captioned matter should be

and hereby is dismissed without prejudice.

Dated this 22nd day of October, 2003.

BY THE COURT

_____
THOMAS D. THALKEN
U.S. Magistrate Judge